United States District Court
Eastern District of California

Victor Hugo Hernandez Gomez
Plaintiff(s)

V.

Warden, California City Immigration Processing Center
Defendant(s)

Case Number: 26-cv-09365

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tosca Giustini hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Victor Hugo Hernandez Gomez

On 11/25/2025 (date), I was admitted to practice and presently in good standing in the United States District Court - Southern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/19/2026

Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: Tosca Giustini

Law Firm Name: UnLocal

Address: 45 W 29th Street

Suite 203

City: New York State: NY Zip: 10001

Phone Number w/Area Code: (718) 874-9164

City and State of Residence: Brooklyn, New York

Primary E-mail Address: tosca@unlocal.org

Secondary E-mail Address: giustinitosca@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nuria Iturbe Cosano

Law Firm Name: Legal Services of New Jersey

Address: 100 Metroplex Dr., Suite 101

City: Edison State: NJ Zip: 08817

Phone Number w/Area Code: 848-275-5700 Bar # 355310

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 23, 2026

Daniel J. Calabretta

JUDGE, U.S. DISTRICT COURT